FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUN 11 PM 4:15
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| H.T. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-022 |
| | ) | |
| TARRA JACKSON; | ) | |
| ANTOINE CALDWELL; | ) | |
| EDGINALD GIBBONS; and | ) | |
| MS. TUCKER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE